# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**MEDLINE INDUSTRIES, LP,**

              Plaintiff,

              No. 1:22-cv-06783

v.               Judge Hon. Martha M. Pacold

**ARBORETA CONSULTING LLC f/k/a
TRILLIUM HEALTHCARE
CONSULTING LLC, et al.,**

              Defendants.

_____/

## **DEFENDANTS' UNOPPOSED MOTION TO REMAND**

    Defendants Arboreta Consulting LLC, Arboreta Health and Rehabilitation Centers LLC, Crest Haven Care Center LLC, Elmwood Care Enter, LCC, Henrietta Health and Rehab Center LLC, Nocono Health and Rehab Center, LLC, North Platte Care Center LLC, New Hampton Care Center LLC, Olney Health and Rehab Center LLC, Premier Estates 502 LLC, Premier Estates 503, LLC, Premier Estates 505, LLC., Premier Estates 506, LLC, Premier Estates 507, LLC, Premier Estates 508 LLC, Premier Estates 509, LLC, Premier Estates 510, LLC, Premier Estates 511, LLC, Premier Estates of Dublin LLC, Premier Estates of Kenesaw, LLC, Premier Estates of Muscatine LLC, Premier Estates of Pawnee LLC, Premier Estates of Pierce LLC, Premier Estates of Toledo LLC, Rehabilitation Center at Park Place LLC, Rock Rapids Care Center LLC, and Sunny Knoll Care Center LLC ("Defendants"), by their attorneys, respectfully seek to remand the complaint of Plaintiff Medline Industries, LP ("Plaintiff") to the Circuit Court of Cook County.

In support of this Motion, Defendants state as follows:

1. On December 2, 2022, all Defendants timely filed a Notice of Removal based on diversity jurisdiction. (ECF 1).

2. On December 6, 2022, the Court ordered Defendants to provide the citizenship of all parties to confirm diversity jurisdiction. (ECF 5).

3. On motion of Defendants (ECF 7), Defendants were granted until January 6, 2023 to respond to the complaint. (ECF 8).

4. On December 23, 2022, Defendants were granted until January 6, 2023 to provide the citizenship of all parties. (ECF 12).

5. Counsel for Plaintiff, an Illinois limited partnership, provided to counsel for Defendant a declaration from Plaintiff's General Counsel, Alex Liberman, indicating that a sixth degree limited partner of Plaintiff is a quasi-governmental entity organized under the laws of the State of Florida. Counsel for Plaintiff also provided the name of the quasi-governmental entity.

6. Based on the representations made by Plaintiff, there appears to be a complete lack of diversity between the Plaintiff and Defendants and that this Court does not have subject matter jurisdiction.

7. Plaintiff does not oppose remand and has requested that Defendants remand the complaint to the Circuit Court of Cook County.

8. Defendants will respond to Plaintiff's complaint within five business days after the parties are notified that the Circuit Court of Cook County has docketed the order on remand.

9. Defendants have advised Plaintiff of this response date and they have no objection to same.

WHEREFORE, for the reasons stated above, Defendants request the Court to remand the complaint to the Circuit Court of Cook County.

Dated: January 6, 2023    Respectfully submitted,

/s/ Gregory H. Wagoner
Gregory H. Wagoner (ARDC 6276111)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, OH 43604
Phone: (419) 241-9000
Fax: (419) 241-6894
Email: gwagoner@shumaker.com

Counsel for Defendants

### PROOF OF SERVICE

This is to certify that a copy of the foregoing was electronically served this 6th day of January, 2023, via the Court's electronic system. Parties may access the filing through the Court's website.

/s/ Gregory H. Wagoner
Gregory H. Wagoner (ARDC 6276111)
SHUMAKER, LOOP & KENDRICK, LLP

Counsel for Defendants